IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No: 1:24-cv-00103-CCE-JLW

| | |
|---|---|
| TAMMY MCCRAE-COLEY,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS L. CARDELLA & ASSOCIATES, INC., d/b/a TLC ASSOCIATES,<br><br>and<br><br>INFOCISION, INC.,<br><br>Defendants. | DEFENDANTS' JOINT MOTION TO DISMISS THE FIRST AMENDED COMPLAINT |

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Thomas L. Cardella & Associates, Inc. and InfoCision, Inc. (collectively, "Defendants") respectfully move to dismiss this action in its entirety for failure to state a claim. In a previous arbitration addressing the same claims and calls at issue here, the arbitration award established facts that preclude two of Plaintiffs claims, and Plaintiff is collaterally estopped from re-litigating those claims now. Plaintiff's remaining claim is also subject to dismissal because it fails to allege any factual basis with which to establish the existence of a statutory violation. A memorandum in support is filed contemporaneously with this Motion.

PPAB 10680248v2

Respectfully submitted, this 26th day of March, 2024.

/s/ Jason R. Benton
Jason R. Benton
N.C. State Bar No. 27710
PARKER POE ADAMS & BERNSTEIN LLP
Bank of America Tower
620 S. Tryon St., Suite 800
Charlotte, NC 28202
T: (704) 372.9000
F: (704) 334.4706
Email: jasonbenton@parkerpoe.com

*Counsel for Defendant InfoCision, Inc.*

/s/ Philip J. Mohr
Philip J. Mohr
N.C. State Bar No. 24427
WOMBLE BOND DICKINSON (US) LLP
300 North Greene Street, Suite 1900
Greensboro, NC 27401
T: (336) 721.3577
Email: philip.mohr@wbd-us.com

*Counsel for Defendant Thomas L. Cardella & Associates, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing "***Defendants' Joint Motion to Dismiss the First Amended Complaint***" was electronically filed with the Clerk of Court using the CM/ECF system and served upon counsel of record via the Court's electronic case filing system and upon *Pro Se* Plaintiff via First Class Mail and email, addressed as follows:

>Tammy McCrae-Coley
>1400 Battleground Avenue
>Suite 116-L
>Greensboro, NC  27408
>Email: tammycoleyjd@gmail.com

This 26th day of March, 2024.

>/s/ Jason R. Benton
>Jason R. Benton
>N.C. State Bar No. 27710
>PARKER POE ADAMS & BERNSTEIN LLP
>Bank of America Tower
>620 S. Tryon St., Suite 800
>Charlotte, NC 28202
>T: (704) 372.9000
>F: (704) 334.4706
>Email: jasonbenton@parkerpoe.com
>
>*Counsel for Defendant InfoCision, Inc.*